**STATE of Missouri, Respondent,**

v.

**Richard Anderson PRESTON, Jr., Appellant.**

**WD 78589**

Missouri Court of Appeals, Western District.

ORDER FILED: October 25, 2016

Daniel McPherson, Jefferson City, MO, for Respondent.

Laura Martin, Kansas City, MO, for Appellant.

Before Division One: Thomas H. Newton, P.J., Cynthia R. Martin, and Edward R. Ardini, Jr., JJ.

**ORDER**

Per Curiam:

Mr. Richard A. Preston appeals his conviction following a jury trial for the class D felony of driving while revoked, § 302.321.2, for which he was sentenced as a prior and persistent offender to six years in the Department of Corrections.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).